UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jermaine Rooks,

           Plaintiff,        Case No. 23-12986

v.                                 Judith E. Levy
                                 United States District Judge

Rushmore Servicing,

                                 Mag. Judge David R. Grand

           Defendant.

_____/

## ORDER DENYING PLAINTIFF'S REQUEST FOR JUDGMENT [9]

On January 12, 2024, Plaintiff Jermaine Rooks entered a "request for judgment." (ECF No. 9.) The text of the request is blank. (*Id.* at PageID.68–69.) Plaintiff also attached a form that appears to be from the Michigan State Court website for a civil judgment. (*Id.* at PageID.70.) In this form, Plaintiff checked "Summary Disposition." (*Id.*)

There is no basis to grant a judgment at this stage of the case. Plaintiff has not established that the Court has personal jurisdiction over Defendant, as Defendant has not been served nor has Plaintiff otherwise asserted the Court's personal jurisdiction. *Ford Motor Co. v. Cross*, 441

F. Supp. 2d 837, 845 (E.D. Mich. 2006) ("In order to render a valid judgment, a court must have jurisdiction over the subject matter and the parties, and must act in a manner consistent with due process.") (citing *Antoine v. Atlas Turner, Inc.*, 66 F.3d 105 (6th Cir. 1995)).

For the reasons set forth above, the Court DENIES WITHOUT PREJUDICE Plaintiff's request for judgment.

IT IS SO ORDERED.

Dated: January 25, 2024       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 25, 2024.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager